1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  DANNY JAMES COHEA,                        1:08-cv-01186-LJO-YNP -SMS (PC)

10                          Plaintiff,        ORDER FINDING SERVICE OF COMPLAINT
                                             APPROPRIATE, AND FORWARDING
11           v.                              SERVICE DOCUMENTS TO PLAINTIFF FOR
                                             COMPLETION AND RETURN WITHIN
12  D. ADAMS, et al.,                        THIRTY DAYS

13                          Defendants.

14

15  _____/

16          Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action

17  pursuant to 42 U.S.C. § 1983  The Court screened Plaintiff's complaint pursuant to 28 U.S.C. §

18  1915A, and found that it states cognizable claims against Defendants Vela-Lopez, Jones, Kush,

19  Hicinbothem for retaliation , Defendants Vela-Lopez, Jones, Hicinbothem, and Adams  and Adams

20  for interfering with Plaintiff's right of access to the courts [1]  Fed. R. Civ. P. 8(a); Erickson v. Pardus,

21  127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly,

22  it is HEREBY ORDERED that:

23          1.      Service is appropriate for the following defendants:

24                  D. ADAMS

25                  J. JONES.

26

27  _____
    [1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that
    Plaintiff's equal protection and due process claims be dismissed, and Defendant Guzman be dismissed based on
28  Plaintiff's failure to state any claims against him.

1               N. HICINBOTHEM

2               N. KUSCH

3               I. VELA-LOPEZ

4      2.      The Clerk of the Court shall send Plaintiff five USM-285 forms, five summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed August 13, 2008.

7      3.      Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

10          a.      Completed summons;

11          b.      One completed USM-285 form for each defendant listed above; and

12          c.      Five copies of the endorsed complaint filed August 13, 2008.

13      4.      Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

17      5.      <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

20  IT IS SO ORDERED.

21  **Dated:   August 13, 2009**         _____/s/ Sandra M. Snyder_____
                                          UNITED STATES MAGISTRATE JUDGE