1

2                    IN THE UNITED STATES DISTRICT COURT

3                    FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7   DANNY JAMES COHEA,

8        Plaintiff,                      1: 08 CV  01186 LJO YNP SMS (PC)

9

10       vs.                            ORDER RE: FINDINGS &
                                        RECOMMENDATIONS (#19)
11

12  DERRAL ADAMS, et al.,

13       Defendants.

14

15           Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter

16  was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

17  Rule 72-302.

18           On August 13, 2009, findings and recommendations were entered, recommending

19  dismissal of certain claims and defendants.   Plaintiff was provided an opportunity to file

20  objections within thirty days.   Plaintiff has not filed objections to the findings and

21  recommendations.

22           In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule

23  73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the

24  entire file, the court finds the findings and recommendations to be supported by the record and

25  proper analysis.

26

                                            1

Accordingly, THE COURT HEREBY ORDERS that:

1.  The Findings and Recommendations issued by the Magistrate Judge on August 13, 2009, are adopted in full; and

2.  Plaintiff's Equal Protection and Due Process claims are dismissed.

3.  Defendant Guzman is dismissed.

IT IS SO ORDERED.

Dated:    **September 15, 2009**                                        **/s/ Lawrence J. O'Neill**

                                                                  UNITED STATES DISTRICT JUDGE

2