# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JAMES COHEA, | CASE NO. 1:08-cv-01186-LJO-SKO PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 2, 11, 25, 31) |
| D. ADAMS, et al., | |
| Defendants. | |

Plaintiff Danny James Cohea ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 18, 2009, the Magistrate Judge filed a Findings and Recommendations which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. (Doc. #31.) Plaintiff filed an Objection to the Findings and Recommendations on December 14, 2009. (Doc. #37.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 18, 2009, are adopted in full; and

///

2. Plaintiff's motion for a temporary restraining order, filed on August 13, 2008, is DENIED;

3. Plaintiff's petitions for a writ of mandamus, filed on October 16, 2008 and September 8, 2009, are DENIED; and

4. Plaintiff's request for this action to be certified as a class action is DENIED.

IT IS SO ORDERED.

**Dated:**   **April 22, 2010**         /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE