# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JAMES COHEA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. ADAMS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-01186-LJO-SKO PC<br><br>ORDER TO SHOW CAUSE WHY DEFENDANTS N. HICINBOTHEM AND N. KUSH SHOULD NOT BE DISMISSED FROM THIS ACTION<br><br>SHOW CAUSE RESPONSE DUE WITHIN 30 DAYS |

Plaintiff Danny James Cohea ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 21, 2010, the Court ordered the U.S. Marshal to serve Defendants N. Hicinbothem and N. Kush with a copy of Plaintiff's complaint and a summons. On August 25, 2010, the summonses were returned unexecuted because N. Hicinbothem and N. Kush could not be located at the address provided by Plaintiff and the defendants could not be located using information provided by the California Department of Corrections and Rehabilitations.

Although Plaintiff is proceeding in forma pauperis and is entitled to the services of the U.S. Marshal to effect service of process of his complaint, it is ultimately his responsibility to provide the U.S. Marshal with sufficient information to locate and serve defendants. Pursuant to Federal Rule of Civil Procedure 4(m), the Court must dismiss Plaintiff's claims against any unserved defendants without prejudice if service is not effected within a specified time. Dismissal of the unserved defendants is proper when Plaintiff fails to provide the U.S. Marshal with sufficient information to effect service of process. Walker v. Sumner, 14 F.3d 1415, 1421-22 (9th Cir. 1994) (quoting Puett

v. Blandford, 912 F.2d 270, 275 (9th Cir. 1990)), abrogated on other grounds by Sandin v. Connor, 515 U.S. 472 (1995).

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE within thirty (30) days why Defendants N. Hicinbothem and N. Kush should not be dismissed.[1]

Plaintiff is forewarned that the failure to show cause may result in the dismissal of Defendants N. Hicinbothem and N. Kush from this action.

IT IS SO ORDERED.

**Dated: January 25, 2011**           /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Should Plaintiff have updated information on the whereabouts of Defendants N. Hicinbothem and N. Kush, he should provide it to the Court at this time.